UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>INTELLECTUAL VENTURES I LLC and XENOGENIC DEVELOPMENT LIMITED LIABILITY COMPANY,<br><br>    Defendants. | Civil Action No. 22-cv-730-VAC-CJB |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants hereby move to dismiss Plaintiff's Complaint for Declaratory Judgment for lack of subject matter jurisdiction or, in the alternative, for the Court to decline to exercise its declaratory judgment jurisdiction. The grounds for this Motion are set forth in Defendants' opening brief.

WHEREFORE Defendants respectfully request that the Court dismiss Plaintiff's Complaint for Declaratory Judgment with prejudice.

Dated: August 8, 2022

Of Counsel:

Matthew D. Vella
mvella@princelobel.com
Robert R. Gilman
rgilman@princelobel.com
Jonathan DeBlois
jdeblois@princelobel.com
Aaron Jacobs
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*COUNSEL for DEFENDANTS*