# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INTELLECUTAL VENTURES I LLC and XENOGENIC DEVELOPMENT LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-730-GBW-CJB<br>)<br>) DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Hewlett Packard Enterprise Co. ("HPE") and counsel for Defendants Intellectual Ventures I LLC and Xenogenic Development LLC (collectively, "IV"), subject to the approval of the Court, that:

1. The November 28, 2022 deadline for the Parties to file a proposed scheduling order (D.I. 36) shall be extended to December 5, 2022;

2. The December 5, 2022 deadline for HPE to file an answer to IV's counterclaims (D.I. 42) shall be extended to January 4, 2023.

Dated: November 28, 2022

| | |
|---|---|
| **DLA PIPER LLP (US)** | **FARNAN LLP** |
| /s/Angela C. Whitesell | /s/ Brian E. Farnan |
| Brian A. Biggs (Bar No. 5591) | Brian E. Farnan (Bar No. 4089) |
| Angela C. Whitesell (Bar No. 5547) | Michael J. Farnan (Bar No. 5165) |
| 1201 North Market Street, Suite 2100 | 919 N. Market Str., 12th Floor |
| Wilmington, DE 19801-1147 | Wilmington, DE 19801 |
| Tel: (302) 468-5700 | Tel: (302) 777-0300 |
| brian.biggs@us.dlapiper.com | Fax: (302) 777-0301 |
| angela.whitesell@us.dlapiper.com | bfarnan@farnanlaw.com |
| | mfarnan@farnanlaw.com |
| **OF COUNSEL:** | |
| | **OF COUNSEL:** |
| Sean Cunningham | |
| Erin P. Gibson | Matthew D. Vella |
| Tiffany Miller | Robert R. Gilman |
| **DLA PIPER LLP (US)** | Jonathan DeBlois |
| 401 B Street Suite 1700 | Aaron Jacobs |
| San Diego, California 92101-4297 | **PRINCE LOBEL TYE LLP** |
| Tel: (619) 699-4787 | One International Place, Suite 3700 |
| sean.cunningham@dlapiper.com | Boston, MA 02110 |
| tiffany.miller@dlapiper.com | Tel: (617) 456-8000 |
| david.knudson@dlapiper.com | mvella@princelobel.com |
| | rgilman@princelobel.com |
| Helena Kiepura | jdeblois@princelobel.com |
| **DLA PIPER LLP (US)** | ajacobs@princelobel.com |
| 500 Eighth Street, NW | |
| Washington, DC 20004 | *Attorneys for Defendants* |
| Tel: (202) 799-4000 | |
| Helena.Kiepura@us.dlapiper.com | |
| | |
| Dawn Jenkin | |
| **DLA PIPER LLP (US)** | |
| 845 Texas Avenue, Suite 3800 | |
| Houston, Texas 77002 | |
| Tel: (713) 425-8400 | |
| dawn.jenkins@dlapiper.com | |
| | |
| *Attorneys for Plaintiff* | |

APPROVED and SO ORDERED this _____ day of _____, 2022.

_____
UNITED STATES JUDGE