IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEWLETT PACKARD ENTERPRISE COMPANY, | ) ) ) | |
| *Plaintiff / Counterclaim-Defendant*, | ) ) | |
| v. | ) ) | C.A. No. 22-730-GBW-CJB |
| INTELLECUTAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | DEMAND FOR JURY TRIAL |
| *Defendants / Counterclaim-Plaintiffs*. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Counterclaim-Defendant Hewlett Packard Enterprise Company and Defendants and Counterclaim-Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC, subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

January 25, 2023

| | |
|---|---|
| **DLA PIPER LLP (US)** | **FARNAN LLP** |
| */s/ Brian A. Biggs* | */s/ Michael J. Farnan* |
| Brian A. Biggs (Bar No. 5591) | Brian E. Farnan (Bar No. 4089) |
| Angela C. Whitesell (Bar No. 5547) | Michael J. Farnan (Bar No. 5165) |
| 1201 North Market Street, Suite 2100 | 919 N. Market Str., 12th Floor |
| Wilmington, DE 19801-1147 | Wilmington, DE 19801 |
| Tel: (302) 468-5700 | Tel: (302) 777-0300 |
| brian.biggs@us.dlapiper.com | Fax: (302) 777-0301 |
| angela.whitesell@us.dlapiper.com | bfarnan@farnanlaw.com |
| | mfarnan@farnanlaw.com |
| **OF COUNSEL:** | |
| | **OF COUNSEL:** |
| Sean Cunningham | |
| Erin P. Gibson | Matthew D. Vella |

1

<div style="display: flex;">
<div style="flex: 1;">

Tiffany Miller
**DLA PIPER LLP (US)**
401 B Street Suite 1700
San Diego, California 92101-4297
Tel: (619) 699-4787
sean.cunningham@dlapiper.com
tiffany.miller@dlapiper.com
david.knudson@dlapiper.com

Helena Kiepura
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel: (202) 799-4000
Helena.Kiepura@us.dlapiper.com

Brent K. Yamashita
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, California 94303-2214
Tel: (650) 833-2348
brent.yamashita@dlapiper.com

Michael Strapp
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
Tel: (617) 406-6031
michael.strapp@dlapiper.com

Dawn Jenkins
**DLA PIPER LLP (US)**
845 Texas Avenue, Suite 3800
Houston, Texas 77002
Tel: (713) 425-8400
dawn.jenkins@dlapiper.com

*Attorneys for Plaintiff*

</div>
<div style="flex: 1;">

Robert R. Gilman
Jonathan DeBlois
Aaron Jacobs
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
mvella@princelobel.com
rgilman@princelobel.com
jdeblois@princelobel.com
ajacobs@princelobel.com

*Attorneys for Defendants*

</div>
</div>

APPROVED and SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

WEST/301544543